# United States District Court
## Violation Notice

**CVB Location Code:** M2

**Violation Number:** FBMF0060
**Officer Name:** Mcmullen
**Officer No.:** 2420

FBMF0060

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 08/01/2025 10:50
**Offense Charged:** FED 36CFR261.17
**Place of Offense:** Lake Como

**Offense Description: Factual Basis for Charge**
Failure to Pay Recreation Fee

HAZMAT ☐

### DEFENDANT INFORMATION

**Phone:**

**Last Name:** Gouley
**First Name:** Steve
**M.I.:** P

**Street Address:**
**City:** **State:** **Zip Code:** **Date of Birth (mm/dd/yyyy):**

**Drivers License No.:** **CDL:** ☐ **D.L. State:** **Social Security No.:**

Adult ☐   Juvenile ☐   Sex ☐ M ☐ F   Race   Hair   Eyes   Height   Weight

### VEHICLE

**VIN:**   **CMV** ☐

**Tag No.:** 13-6487S
**State:** MT
**Year:** 2018
**Make/Model:** FORD/F350
**PASS** ☐
**Color:** WHI

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | | |
|---|---|---|
| | $ 50.00 | Forfeiture Amount |
| | $ 30.00 | Processing Fee |
| PAY THIS AMOUNT | $ 80.00 | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:**
**Date (mm/dd/yyyy):**
**Time (hh:mm):**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete     Original - CVB Copy     FS-5300-4 (7/05)

FBMF0060

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on  08/01/2025  while exercising my duties as a law enforcement officer in the _____ District of _____MT_____

Pursuant to 16USC 551: On 8/1/2025, I was on duty as a commissioned Law Enforcement Officer (LEO) with the United States Forest Service (USFS). I was in uniform and displaying a badge while operating a marked patrol vehicle within the Bitterroot National Forest, Lake Como Recreation Area, Ravalli County, Montana.

This recreation area has numerous signs at every entry point and parking area which clearly advises the public that a recreation pass must be purchased and be displayed in each vehicle. There are numerous fee tubes to accept cash as well as numerous electronic fee stations which take debit/credit cards and prints the recreation pass to be displayed.

While patrolling the recreation area, I observed a vehicle which did not have a recreation pass displayed on their windshield or dashboard as required. I left a citation to the vehicle for violating 36 CFR 261.17-Failure to Pay Recreation Fee. The registered owner is attached to this report.

No further.

The foregoing statement is based upon:

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:  08/01/2025
Date (mm/dd/yyyy)    Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:  _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;   PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident