IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVE P. GOULEY,<br><br>Defendant. | PO 25-5116-M-KLD<br><br>VIOLATION:<br>FBMF0060<br>Location Code: M2<br><br>ORDER |

Based upon the unopposed motion of the United States and for good cause appearing, **IT IS HEREBY ORDERED** that the citation is **DISMISSED**.

DATED this 16th day of December, 2025.

Kathleen L. DeSoto
United States Magistrate Judge